WILLIAM S. PEARSALL, Individually and as Administrator of SAMUEL J. PEARSALL, Deceased, et al., Appellants, *v.* JAMES H. WESTCOTT et al., Respondents.

*Pearsall* v. *Westcott*, 57 App. Div. 630, affirmed.
(Argued November 26, 1902; decided December 16, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 28, 1901, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*C. H. Sturges* for appellants.

*Edgar T. Brackett* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.